## Birmingham Railway, Light & Power Co. *v.* Adams.

Appeal from the City Court of Birmingham.
Tried before the Hon. W. W. Wilkerson.

WALKER, TILLMAN, CAMPBELL & MORROW, for appellant.

SHUGART & BELL, for appellee.

This cause was submitted on motion to establish a bill of exceptions.

On the submission, the motion to establish the bill of exceptions was set aside and the appeal dismissed on motion of appellants.

Opinion PER CURIAM.